| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>*[Enter your name, address and phone number]*<br>Marcia Y Phillips, Esq.<br>Marcia Y. Phillips, Esq. LLM & Assoc., LLC<br>PO Box 625<br>Moorestown, NJ 08057<br>Tel: 856-282-1100<br>Fax: 888-303-2922<br>Email: theladyjustice@outlook.com<br>Attorney ID: 3971989 | Order Filed on September 15, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:  John O. Poindexter<br>*[Enter the debtor's name(s)]* | Case No.: 17-27156<br>*[Enter the case number]*<br><br>Chapter: 13<br>*[Enter the case number]*<br><br>Judge: Altenberg<br>*[Enter the Judge's last name]* |

## ORDER CONCERNING APPLICATION TO
## EXTEND TIME TO FILE MISSING DOCUMENTS

The relief set forth on the following page is **ORDERED**.

*[Leave the rest of this page blank]*

**DATED: September 15, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having reviewed the debtor's Application Time to Extend Time to File Missing Documents, and any related responses or objections, it is hereby

ORDERED that:

☒ The debtor's request to extend the time within which the missing documents must be filed is granted. The balance of the debtor's schedules as set forth in the Court's *Notice of Missing Documents and Notice of Dismissal if Documents are Not Timely Filed* must be received by the Court no later than   9/20/17                    . If all missing documents are not filed by this date, the case will be dismissed without further notice.

☐ The debtor's request to extend the time to file missing documents is denied. The case is dismissed. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

new.8/22/16