UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and phone number]*
 Marcia Y Phillips, Esq.
 Marcia Y. Phillips, Esq. LLM & Assoc., LLC
 PO Box 625
 Moorestown, NJ 08057
 Tel: 856-282-1100
 Fax:  888-303-2922
 Email: theladyjustice@outlook.com
 Attorney ID:  3971989

Order Filed on September 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:     John O. Poindexter
*[Enter the debtor's name(s)]*

Case No.:     17- 27156
*[Enter the case number]*

Chapter:     13
*[Enter the case number]*

Judge:     Altenberg
*[Enter the Judge's last name]*

# ORDER CONCERNING APPLICATION TO
# EXTEND TIME TO FILE MISSING DOCUMENTS

The relief set forth on the following page is **ORDERED**.

*[Leave the rest of this page blank]*

**DATED: September 26, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having reviewed the debtor's Application Time to Extend Time to File Missing Documents, and any related responses or objections, it is hereby

ORDERED that:

X̶X̶ The debtor's request to extend the time within which the missing documents must be filed is granted. The balance of the debtor's schedules as set forth in the Court's *Notice of Missing Documents and Notice of Dismissal if Documents are Not Timely Filed* must be received by the Court no later than ___10/4/17 at 4 pm___. If all missing documents are not filed by this date, the case will be dismissed without further notice.

☐ The debtor's request to extend the time to file missing documents is denied. The case is dismissed. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

*new.8/22/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-27156-ABA
John O Poindexter, III                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 1           Date Rcvd: Sep 26, 2017
                             Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2017.
db            +John O Poindexter, III,   438 Kelham Court,   Mt. Laurel, NJ 08054-3724

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2017                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2017 at the address(es) listed below:
        Denise E. Carlon   on behalf of Creditor   U.S. Bank, National Association, as Trustee for the
        Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2006-3
        dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Isabel C. Balboa   ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
        Marcia Y, Phillips   on behalf of Debtor John O Poindexter, III theladyjustice@outlook.com,
        theladyjustice.phillips@gmail.com
        Nona Ostrove   on behalf of Creditor   Le Club I Condominium Association nostrove@ostrovelaw.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                           TOTAL: 5