Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−27156−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    John O Poindexter III
    dba Law Office of John O. Poindexter III
    438 Kelham Court
    Mt. Laurel, NJ 08054

Social Security No.:
    xxx−xx−6795

Employer's Tax I.D. No.:
    22−3489938

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/5/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 5, 2017
JAN: kvr

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
John O Poindexter, III  
    Debtor

Case No. 17-27156-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Oct 05, 2017  
                        Form ID: 148    Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2017.

```
db              +John O Poindexter, III,    438 Kelham Court,    Mt. Laurel, NJ 08054-3724
517028544       +IRS,    51 Haddonfield Road,    Cherry Hill, NJ 08002-4801
517106212       +Le Club I Condominium Association, Inc.,    c/o mem Property Management Corporation,
                  3 Executive Drive, Suite 350,    Somerset, NJ 08873-4007
517028545        Le Club I. Condo Association,    Associ Mid-Atlantic,    1400 Horizon Way, Set 1,
                  Mt. Laurel, NJ 08054
517028546       +Mathew York (Notice Only),    50 Barrack Street,    Trenton, NJ 08695-0001
517031315       +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517028547       +Phelan Hallinan (Notice Only),    400 Fellowship Road,    Suite 100,    Mt. Laurel NJ 08054-3437
517028548       +Regional Ortho Professionals Association,    2201 Chapel Avenue,    Cherry Hill, NJ 08002-2098
517028975       +SPS,    PO Box 65250,    Salt Lake City, UT 84165-0250
517028549      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Division of Taxation,    50 Barrack Street,
                  Trenton, NJ 08695)
517028551        Wells Fargo Dealer Srv,    PO Box 99517,    Sacramento, Ca 95899
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 05 2017 22:55:03     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 05 2017 22:54:59     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517051845       +EDI: IRS.COM Oct 05 2017 22:33:00     Department of Treasury,    Internal Revenue Service,
                  P O Box 7346,    Philadelphia, PA 19101-7346
517095444        EDI: PRA.COM Oct 05 2017 22:33:00     Portfolio Recovery Associates, LLC,
                  c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
517095438        EDI: PRA.COM Oct 05 2017 22:33:00     Portfolio Recovery Associates, LLC,
                  c/o Rcs Direct Marketing/Orchard Bank,    POB 41067,    Norfolk VA 23541
517028975       +E-mail/Text: jennifer.chacon@spservicing.com Oct 05 2017 22:56:11     SPS,    PO Box 65250,
                  Salt Lake City, UT 84165-0250
517028550        EDI: USBANKARS.COM Oct 05 2017 22:33:00     U S Bank National Association,    425 Walnut Street,
                  Cincinnati, Ohio 45202
517093711        EDI: WFFC.COM Oct 05 2017 22:33:00     Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,
                  PO Box 19657,    Irvine, CA 92623-9657
                                                                                                TOTAL: 8

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517029065*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                  PO Box 245,    Trenton, NJ 08695-0245)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Oct 05, 2017
                              Form ID: 148             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2017 at the address(es) listed below:

          Denise E. Carlon    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2006-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com

          Marcia Y, Phillips    on behalf of Debtor John O Poindexter, III theladyjustice@outlook.com, theladyjustice.phillips@gmail.com

          Nona    Ostrove    on behalf of Creditor    Le Club I Condominium Association nostrove@ostrovelaw.com

          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                         TOTAL: 5

Case 17-27156-ABA    Doc 23    Filed 10/07/17    Entered 10/08/17 00:35:36    Desc Imaged
Certificate of Notice    Page 3 of 3