LAW OFFICES OF NONA L. OSTROVE, LLC
1020 Laurel Oak Road, Suite 100
Voorhees, NJ 08043
856-566-4200; FAX 856-566-4203
By:  Nona L. Ostrove, Esq. NO 2942
Attorneys for Le Club I Condominium Association, Inc.

| | | |
|---|---|---|
| In re: | : | IN BANKRUPTCY |
| | : | CHAPTER 13 |
| John O. Poindexter, III | : | CASE NO. 17-27156/ABA |
| | : | |
| Debtor | : | |

## NOTICE OF WITHDRAWAL OF CLAIM

TO:

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Judge

PLEASE TAKE NOTICE that Le Club I Condominium Association, Inc. hereby withdraws Claim #12 filed on February 13, 2018 in the amount of $21,934.12.

LAW OFFICES OF NONA L OSTROVE, LLC
Attorneys for Le Club I Condominium Association, Inc.

BY:   /s/Nona L. Ostrove
          Nona L. Ostrove, Esq.

Dated: February 23, 2018